MARTIN TUCKER, RESPONDENT, v. FRANK J. BELTRAMO, INCORPORATED, APPELLANT.

Argued October 27, 1936—Decided May 19, 1937.

For the respondent, *Isadore Rabinowitz*.

For the appellant, *Merritt Lane*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 13.

*For reversal*—None.